[No. 9845–8–II.   Division Two.   September 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SUSAN ANN JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 131802R40, Thomas R. Sauriol, J., entered March 27, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.


[No. 18250–1–I.   Division One.   September 21, 1987.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent,* v. THELMA CHAFFIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–11193–5, Jim Bates, J., entered March 6, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Dore and Johnsen, JJ. Pro Tem.


[No. 14837–1–I.   Division One.   September 21, 1987.]

CASCADE SECURITY BANK, *Appellant,* v. DAVID A. BIDLEMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–08860–9, Jim Bates, J., entered May 16, 1984. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Dolliver and Enyeart, JJ. Pro Tem.